# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA**<br><br>*Plaintiffs,*<br><br>v.<br><br>**HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE**<br><br>*Defendants.* | Case No. 1:22-cv-10202-JGD |

## NOTICE OF APPEARANCE OF CAROLIN GUENTERT

**To the Clerk of this Court and all parties of record:**

Please enter the appearance of the undersigned, Carolin Guentert, of the firm Sanford Heisler Sharp, LLP, as counsel of record for Plaintiffs Margaret Czerwienski, Lilia Kilburn, and Amulya Mandava in the above-captioned action.

I certify that I am admitted to practice Pro Hac Vice in this court.

Dated:  April 1, 2022                      Respectfully submitted,

*/s/ Carolin Guentert*
Carolin Guentert
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
cguentert@sanfordheisler.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2022 a true and correct copy of the foregoing Notice of Appearance was filed electronically with the Clerk of the Court and was served by electronic mail and/or U.S. Mail upon the following counsel of record:

> Victoria Steinberg
> Todd & Weld LLP
> One Federal Street, Boston, MA  02110
> vsteinberg@toddweld.com
>
> Joseph M. Cacace
> Todd & Weld LLP
> One Federal Street, Boston, MA  02110
> jcacace@toddweld.com

*/s/ Carolin Guentert*
Carolin Guentert