UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA**<br><br>　*Plaintiffs,*<br><br>v.<br><br>**HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE**<br><br>　*Defendants.* | Case No. 1:22-cv-10202-JGD |

## NOTICE OF APPEARANCE OF RUSSELL KORNBLITH

**To the Clerk of this Court and all parties of record:**

Please enter the appearance of the undersigned, Russell Kornblith, of the firm Sanford Heisler Sharp, LLP, as counsel of record for Plaintiffs Margaret Czerwienski, Lilia Kilburn, and Amulya Mandava in the above-captioned action.

I certify that I am admitted to practice Pro Hac Vice in this court.

Dated:  April 1, 2022                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Russell Kornblith*
　　　　　　　　　　　　　　　　　　　Russell Kornblith
　　　　　　　　　　　　　　　　　　　**SANFORD HEISLER SHARP, LLP**
　　　　　　　　　　　　　　　　　　　1350 Avenue of the Americas, 31$_{st}$ Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　Telephone: (646) 402-5650
　　　　　　　　　　　　　　　　　　　rkornblith@sanfordheisler.com

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2022 a true and correct copy of the foregoing Notice of Appearance was filed electronically with the Clerk of the Court and was served by electronic mail and/or U.S. Mail upon the following counsel of record:

>Victoria Steinberg
>Todd & Weld LLP
>One Federal Street, Boston, MA  02110
>vsteinberg@toddweld.com
>
>Joseph M. Cacace
>Todd & Weld LLP
>One Federal Street, Boston, MA  02110
>jcacace@toddweld.com

*/s/ Russell Kornblith*
Russell Kornblith