UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA**<br><br>*Plaintiffs,*<br><br>v.<br><br>**HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE**<br><br>*Defendants.* | Case No. 1:22-cv-10202-JGD |

## DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendants Harvard University and the President and Fellows of Harvard College ("Harvard") hereby move this Court for leave to file a brief of thirty-five pages in support of their Motion to Dismiss Plaintiffs' Complaint. In support of this Motion, Harvard states as follows:

1. Plaintiffs filed the Complaint in the above-captioned matter on February 8, 2022. Dkt. 1. The Complaint is sixty-five pages long and contains ten causes of action.

2. Defendants' waiver of service was filed on April 1, 2022. Pursuant to Fed. Rule of Civil Procedure 12 and Local Rule 7, Defendants' motion to dismiss the Complaint is therefore due on or before May 31, 2022.

3. Rule 7.1(b)(4) of the Local Rules of the United States District Court for the District of Massachusetts provides that any Memorandum of Law in support of a motion shall not exceed twenty pages without leave of Court.

4. Harvard seeks leave to file a brief which exceeds the twenty-page limit by ten pages.

1

5. Harvard respectfully submits that the additional pages are necessary to permit Harvard to adequately address the number and variety of causes of action set forth in the Complaint, and to fully present its arguments for dismissal to the Court for consideration.

6. Harvard, through undersigned counsel, has conferred with counsel for Plaintiffs. Counsel for plaintiffs indicated that they assent to this motion for extension of the page limit for Harvard's motion to dismiss.

7. No party will be prejudiced by allowance of this motion. Harvard has indicated to Plaintiffs that it will assent to a motion by Plaintiffs for allowance to exceed the page limit for an Opposition to Harvard's Motion to Dismiss by ten pages, as well.

WHEREFORE, Harvard respectfully requests that this Court issue an Order granting Harvard leave to exceed the page limitation for its Motion to Dismiss by 10 pages, so that it is permitted to file a brief not to exceed thirty-five pages.

Respectfully submitted,

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE,**

By its attorneys,
/s/ *Victoria Steinberg*
Victoria L. Steinberg, BBO #666482
Julien M. Mundele, BBO #694001
Rachel C. Hutchinson, BBO #696739
TODD & WELD LLP
One Federal Street
Boston, MA 02110
Telephone:   (617) 624-4714
Facsimile:   (617) 624-4814
vsteinberg@toddweld.com
jmundele@toddweld.com
rhutchinson@toddweld.com

Dated: May 29, 2022

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that I conferred with counsel for Plaintiffs on May 27, 2022. Plaintiffs indicated that they assent to the relief sought in this motion.

*/s/ Victoria Steinberg*
Victoria Steinberg

## CERTIFICATE OF SERVICE

I, Victoria Steinberg, hereby certify that a copy of the foregoing was sent via the Court's electronic filing system and served on all counsel of record on May 29, 2022.

*/s/ Victoria L. Steinberg*
Victoria L. Steinberg