UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA**<br><br>*Plaintiffs,*<br><br>v.<br><br>**HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE**<br><br>*Defendants.* | CASE NO. 1:22-cv-10202-JGD |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant President and Fellows of Harvard College submits the following corporate disclosure:

Defendant President and Fellows of Harvard College states that it is a non-profit educational corporation that is not a subsidiary of any other corporation and has no stock.

Respectfully submitted,

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE,**

By its attorneys,

*/s/ Victoria L. Steinberg*
Victoria L. Steinberg, BBO #666482
Julien M. Mundele, BBO #694001
Rachel C. Hutchinson, BBO #696739
TODD & WELD LLP
One Federal Street
Boston, MA  02110
Telephone:     (617) 624-4714
Facsimile:      (617) 624-4814
vsteinberg@toddweld.com
jmundele@toddweld.com
rhutchinson@toddweld.com

Martin F. Murphy, BBO #363250  
Madeleine K. Rodriguez, BBO #684394  
FOLEY HOAG LLP  
155 Seaport Boulevard, Suite 1600  
Boston, MA 02210  
Telephone: (617) 832-1000  
Facsimile: (617) 832-7000  
mmurphy@foleyhoag.com  
mrodriguez@foleyhoag.com  

*Attorneys for Defendants,*  
*Harvard University and President and*  
*Fellows of Harvard College*

Dated: May 31, 2022

## CERTIFICATE OF SERVICE

I, Victoria Steinberg, hereby certify that a copy of the foregoing was sent via the Court's electronic filing system and served to all counsel of record on May 31, 2022.

*/s/ Victoria Steinberg*
Victoria Steinberg