# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA**<br><br>*Plaintiffs,*<br><br>v.<br><br>**HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE**<br><br>*Defendants.* | Case No. 1:22-cv-10202-JGD |

## AFFIDAVIT OF ALEXANDRIA MASUD

I, Alexandria Masud, hereby depose and state under oath and upon personal knowledge:

1. My name is Alexandria Masud. I currently serve as the Associate Director for Administrative Operations at Harvard University, where, among others, I have administrative responsibilities relating to the Office of Dispute Resolution ("ODR"), the Harvard office responsible for investigation of formal complaints of sexual harassment at Harvard, and the Office for Gender Equity ("OGE"), the Harvard Office which oversees appeals of ODR investigations. I have worked at Harvard since 2014.

2. On September 3, 2021 OGE received an appeal from Lilia Kilburn of an ODR investigation's findings.

3. The appeal did not complain about ODR obtaining therapy notes from Kilburn's counselor, nor did it complain about ODR having provided copies of those notes in redacted form to the responding party, Professor Comaroff.

4. On September 3, 2021, OGE also received an appeal from Professor Comaroff in the same matter.

5. Upon receiving the appeals, the Faculty of Arts and Sciences convened a panel of three faculty members drawn from a pool of trained standing committee faculty and senior administrators. This panel of three decided both appeals.

6. One September 10, 2021, OGE emailed each of the three panelists a link to a Level 4 secure Sharepoint which included the Final Report, exhibits, policies and procedures, and appeal documents. I received a copy of that email. The email also contained a link to the Sexual and Gender-Based Harassment Policy and Procedures for the Faculty of Arts & Sciences as then in effect, which contained the following language:

> Confidentiality. **The ODR, personal advisors, and others at the University involved in or aware of the complaint will take reasonable steps to protect the privacy of all involved.** Once a complaint is filed, the Complainant or Reporter, the Respondent, and any witnesses will be notified of the potential for compromising the integrity of the investigation by disclosing information about the case and the expectation that they therefore keep such information – including any documents they may receive or review – confidential. They also will be notified that sharing such information might compromise the investigation or may be construed as retaliatory. Retaliation of any kind is in itself a separate violation of this Policy and may lead to an additional complaint and consequences. The parties remain free to share their own experiences, other than information that they have learned solely through the investigatory process, though to avoid the possibility of compromising the investigation, it is generally advisable to limit the number of people in whom they confide. (Emphasis added).

2

FH10867927.1

7. Each of the three panel members viewed the Final Report and exhibits on this confidential shared portal.

8. At the start and conclusion of the panel convening, I instructed the panelists not to share materials or their deliberations with anyone outside the appellate panel at any point during or after the convening.

Signed under the pains and penalties of perjury this 28th day of April 2022.

*Alexandria Masud*
Alexandria Masud

FH10867927.1