## Index of Exhibits to Affidavit of Ilissa Povich

| No. | Description |
|---|---|
| 01 | Sexual and Gender-Based Harassment Policy and Procedures for the Faculty of Arts and Sciences Harvard University |
| 02 | June 4, 2020 email, Povich to Kilburn |
| 03 | Frequently Asked Questions Concerning Harvard University Sexual and Gender-Based Harassment Policy and Procedures for Handling Complaints Involving Students |
| 04 | Flowchart: The Investigative Process For alleged violations of the university Sexual and Gender-Based Harassment Policy |
| 05 | July 2, 2020 email, Shaffer to Kilburn |
| 06 | July 6, 2020 email, Kilburn to Shaffer |
| 07 | ODR Notes concerning Initial Review Discussion with Kilburn (selected pages) |
| 08 | July 29, 2020 Notification, ODR to Comaroff |
| 09 | August 24, 2020 Submission, Kilburn to ODR (selected pages) |
| 10 | ODR Notes Concerning Post-Response Interview with Kilburn (selected pages) |
| 11 | ODR Notes Concerning Post-Response Interview with Comaroff (selected page) |
| 12 | September 9, 2020 email, Kilburn to Shaffer |
| 13 | October 8, 2020 email exchange between Kilburn and Povich |
| 14 | October 19, 2020 email, Shaffer to therapist |
| 15 | October 19, 2020 email, therapist to Shaffer |
| 16 | ODR Notes Concerning Interview with Therapist (Filed Under Seal) |
| 17 | October 22, 2020 email, Therapist to ODR, attaching therapy notes (Filed Under Seal) |
| 18 | October 22, 2020 email, Shaffer to Therapist |
| 19 | October 30, 2020 email, ODR to Kilburn, attaching redacted therapy notes (Filed Under Seal) |
| 20 | October 30, 2020 email, ODR to Comaroff, attaching redacted therapy notes (Filed Under Seal) |
| 21 | ODR Notes Concerning Review of Evidence with Kilburn (selected pages)(Filed Under Seal) |
| 22 | January 15, 2021 email, ODR to Kilburn |
| 23 | January 22, 2021 email, ODR to Kilburn |
| 24 | January 29, 2021 email, ODR to Kilburn |
| 25 | January 20, 2021 email, Kilburn to Povich |
| 26 | February 5, 2021 email, ODR to Kilburn |
| 27 | February 12, 2021 email, ODR to Kilburn |
| 28 | February 19, 2021 email, ODR to Kilburn |
| 29 | February 23, 2021 email, ODR to Kilburn |
| 30 | ODR Notes Concerning Review of Evidence with Comaroff (selected pages) |
| 31 | May 10, 2021 email, Povich to Kilburn |
| 32 | May 10, 2021 email, Povich to Comaroff |
| 33 | Draft Final Report (selected pages) |
| 34 | August 27, 2021 email, Povich to Comaroff |
| 35 | August 27, 2021 email, Povich to Kilburn |
| 36 | August 27, 2021 email, Povich to Yu |
| 37 | August 27, 2021 Final Report (selected pages) |
| 38 | September 7, 2021 email chain concerning appeal |

FH10923223.1