UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA<br><br>  *Plaintiffs,*<br><br>v.<br><br>HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>  *Defendants.* | Case No. 1:22-cv-10202-JGD |

**PLAINTIFFS' ASSENTED-TO MOTION TO SET DEADLINES FOR AMENDED COMPLAINT AND MOTION PRACTICE**

  Plaintiffs Margaret Czerwienski, Lilia Kilburn, and Amulya Mandava respectfully request that the Court grant an extension until July 15, 2022 to respond to Defendants' Motion for Partial Summary Judgment on Count 10 of the Complaint (Dkt. No. 24) and set a briefing schedule for motion practice.

  In support of this motion, Plaintiffs state as follows:

  1. Plaintiffs filed their Complaint on February 8, 2022. *See* Dkt. No. 1.

  2. On May 31, 2022, Defendants responded with their Motion to Dismiss Counts 1–9 (Dkt. No. 19) and a Motion for Partial Summary Judgment on Count 10 (Dkt No. 24). In support of their Motion for Partial Summary Judgment on Count 10, Defendants filed a 108-paragraph Statement of Material Facts, three declarations, and 38 exhibits. *See* Dkt. Nos. 26–29.

  3. Plaintiffs intend to amend their Complaint as a matter of course by June 21, 2022. *See* Fed. R. Civ. P. 15(a)(1)(B). The parties agree that the filing of the Amended Complaint will moot Defendants' Motion to Dismiss Counts 1–9 of the Complaint (Dkt. No. 19), without

1

prejudice to any Motion to Dismiss the Amended Complaint. They agree that Plaintiffs will not file a response to the present Motion to Dismiss (Dkt. No. 19) and that this will not prejudice their right to oppose any Motion to Dismiss the Amended Complaint.

4. The Parties propose that Defendants shall file any Motion to Dismiss the Amended Complaint by July 12, and that Plaintiffs shall file any opposition to any Motion to Dismiss the Amended Complaint by July 26. Plaintiffs, through undersigned counsel, have conferred with counsel for Defendants. Counsel for Defendants indicated that they assent to the date of July 12 to file any Motion to Dismiss the Amended Complaint and to the date of July 26 for Plaintiffs to file any opposition to any Motion to Dismiss the Amended Complaint, retaining their right to assert any substantive or procedural objections and/or defenses.

5. Plaintiffs' response to the Motion for Partial Summary Judgment is due on June 21, 2022. *See* Local Rules 7.1(b)(2).

6. Plaintiffs respectfully submit that, due to the voluminous nature of Defendants' Motion for Summary Judgment, Plaintiffs' need to review Defendants' evidence and prepare responses to Defendants' Statement of Material Facts without the benefit of discovery, and Plaintiffs' counsel's active engagement in other cases and matters that have deadlines prior to or shortly after the current June 21, 2022 deadline, the additional time is necessary to permit Plaintiffs to adequately address Defendants' arguments in support of their Motion for Summary Judgment.

7. Plaintiffs, through undersigned counsel, have conferred with counsel for Defendants. Counsel for Defendants indicated that they assent to the extended date of July 15, 2022 for Plaintiffs to file any response to Defendants' Motion for Summary Judgment, retaining their right to assert any substantive or procedural objections and/or defenses.

WHEREFORE, Plaintiffs respectfully request that this Court 1) set a briefing schedule of July 12 for Defendants to file a Motion to Dismiss the Amended Complaint and July 26 for Plaintiffs to file an opposition to the Motion to Dismiss the Amended Complaint; and 2) extend the deadline to file any response to Defendants' Motion for Summary Judgment until July 15, 2022.

Respectfully submitted,

*/s/ Sean Ouellette*
Sean Ouellette (BBO# 697559)
Russell Kornblith
Carolin Guentert
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
souellette@sanfordheisler.com
rkornblith@sanfordheisler.com
cguentert@sanfordheisler.com

*Attorneys for Plaintiffs*

Dated:  June 3, 2022

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that I have conferred with counsel for Defendants in a good faith attempt to resolve or narrow the issue. Defendants assent to this motion, retaining their right to assert any substantive or procedural objections and/or defenses.

*/s/ Sean Ouellette*
Sean Ouellette