UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET CZERWIENSKI, LILIA KILBURN and AMULYA MANDAVA, <br><br> Plaintiffs, <br> v. <br><br> HARVARD UNIVERSITY and the PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO. 22-10202-JGD

## SCHEDULING ORDER

This matter is before the court on "Plaintiffs' Assented-To Motion To Set Deadlines for Amended Complaint and Motion Practice" (Docket No. 33). The Motion is ALLOWED and the court hereby enters the following scheduling order:

1. Plaintiffs shall file an Amended Complaint by **June 21, 2022**. The filing of the Amended Complaint shall moot "Defendants' Motion to Dismiss Counts One Through Nine of Plaintiffs' Complaint" (Docket No. 19) without prejudice to the filing of a dispositive motion relating to the Amended Complaint.

2. Defendants shall file a motion to dismiss the Amended Complaint by **July 12, 2022**. The plaintiffs shall file any opposition to the motion to dismiss by **July 26, 2022**. Unless the parties otherwise agree, and the court so orders, the defendants may file a reply brief in support of their motion to dismiss by **August 9, 2022**.

3. Plaintiffs shall file their opposition to "Harvard's Motion for Partial Summary Judgment as to Count Ten" (Docket No. 24) by **July 15, 2022**. Unless the parties otherwise

agree, and the court so orders, the defendants may file a reply brief in support of the motion for partial summary judgment by **July 29, 2022**.

    4.   Any concise statement of material facts that is filed pursuant to Local Rule 56.1 in opposition to a motion for summary judgment shall include numbered paragraphs admitting or denying, paragraph by paragraph, the facts contained in the moving party's concise statement of material facts.

/ s / Judith Gail Dein<br>
Judith Gail Dein<br>
United States Magistrate Judge

Dated: June 8, 2022