UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA<br><br>*Plaintiffs,*<br><br>v.<br><br>HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>*Defendants.* | Case No. 1:22-cv-10202-JGD |

**DECLARATION OF CAROLIN GUENTERT IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE REDACTED VERSIONS OF SEALED EXHIBITS FILED IN SUPPORT OF HARVARD'S MOTIONS TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT**

I, Carolin Guentert, hereby declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. My name is Carolin Guentert. I am an attorney with the law firm of Sanford Heisler Sharp, LLP, which is counsel for the Plaintiffs in the above-captioned matter. I was admitted to appear Pro Hac Vice in this matter on March 8, 2022. I am fully familiar with the pleadings and proceedings in this action and with the matters set forth herein.

2. I submit this Declaration in support of Plaintiffs' Motion for Leave to File Redacted Versions of Sealed Exhibits Filed In Support of Harvard's Motions to Dismiss and for Partial Summary Judgement.

1

3. On May 31, 2022, Defendants filed a Motion For Leave To File Under Seal (Dkt. 18) documents in support of their Motion to Dismiss and for Partial Summary Judgement. On June 2, 2022, the Court granted Defendants' Motion For Leave to File Under Seal (Dkt. 31).

4. Attached hereto are true and correct copies of the following exhibits:

| | |
|---|---|
| Ex.1 | Harvard's Office for Dispute Resolution's ("ODR's") final report of its findings related to Amulya Mandava's complaints with Plaintiffs' proposed redactions. This document was filed under seal as Ex. A to Defendants' Motion to Dismiss (Dkts. 19–20). |
| Ex.2 | ODR's final report of its findings related to Margaret Czerwienski's complaints with Plaintiffs' proposed redactions. This document was filed under seal as Ex. B to Defendants' Motion to Dismiss (Dkts. 19–20). |
| Ex. 3 | ODR's final report of its findings related to Lilia Kilburn's complaints with Plaintiffs' proposed redactions. This document was filed under seal as Ex. C to Defendants' Motion to Dismiss (Dkts. 19–20). |
| Ex. 4 | Notes concerning ODR's interview with Ms. Kilburn's therapist with Plaintiffs' proposed redactions. This document was filed under seal as Ex. 16 to Defendants' Motion for Partial Summary Judgement (Dkts. 24–29). |
| Ex. 5 | ODR's communications with Ms. Kilburn's therapist with Plaintiffs' proposed redactions. This document was filed under seal as Ex. 17 to Defendants' Motion for Partial Summary Judgement (Dkts. 24–29). |
| Ex. 6 | ODR's communications with Ms. Kilburn transmitting her private therapy notes with Plaintiffs' proposed redactions. This document was filed under seal as Ex. 19 to Defendants' Motion for Partial Summary Judgement (Dkts. 24–29). |

| Ex. 7 | ODR's communications with Professor Comaroff transmitting Ms. Kilburn's private therapy notes with Plaintiffs' proposed redactions. This document was filed under seal as Ex. 20 to Defendants' Motion for Partial Summary Judgement (Dkts. 24–29). |
|---|---|
| Ex. 8 | Notes concerning ODR's final interview with Ms. Kilburn with Plaintiffs' proposed redactions. This document was filed under seal as Ex. 21 to Defendants' Motion for Partial Summary Judgement (Dkts. 24–29). |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2022                    /s/ Carolin Guentert

                                             Carolin Guentert (*pro hac vice*)