# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA<br><br>*Plaintiffs,*<br><br>v.<br><br>HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>*Defendants.* | CASE NO. 1:22-cv-10202-JGD |

## **DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendant President and Fellows of Harvard College ("Harvard"),[1] with the assent of counsel for the Plaintiffs, hereby moves for leave to file a brief of thirty-five pages in support of their Motion to Dismiss Plaintiffs' Amended Complaint. In support hereof, Harvard states as follows:

1. Plaintiffs filed the Amended Complaint in this matter on June 21, 2022. Dkt. No. 35. The Amended Complaint is eighty-nine pages long and contains ten causes of action.

2. Harvard's response to the Amended Complaint is due on July 19, 2022. Dkt. No. 40.

3. Rule 7.1(b)(4) of the Local Rules of the United States District Court for the District of Massachusetts provides that any Memorandum of Law in support of a motion shall not exceed twenty pages without leave of Court.

---

[1] Harvard University is not a proper Defendant in this action, as it is not a corporate entity independent of President and Fellows of Harvard College.

1

4. Harvard seeks leave to file a brief which exceeds the twenty-page limit by fifteen pages.

5. Harvard respectfully submits that the additional pages will enable it to adequately address the number and variety of causes of action in the Amended Complaint, and to fully present its arguments to the Court for consideration.

6. The undersigned has conferred with counsel for the Plaintiffs and Plaintiffs' counsel indicated its assent to the relief sought herein.

7. No party will be prejudiced by the allowance of this motion. Harvard has indicated to Plaintiffs that it will assent to a reciprocal motion to exceed the page limit for any Opposition to Harvard's Motion to Dismiss.

WHEREFORE, Harvard respectfully requests that this Court issue an Order granting Harvard leave to exceed the page limitation for its Motion to Dismiss by fifteen pages, so that it is permitted to file a brief not to exceed thirty-five pages.

Respectfully submitted,

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE,**

By its attorneys,

*/s/ Rachel C. Hutchinson*
Victoria L. Steinberg, BBO #666482
Rachel C. Hutchinson, BBO #696739
Rebecca M. O'Brien, BBO #693592
TODD & WELD LLP
One Federal Street
Boston, MA 02110
Telephone: (617) 624-4714
Facsimile: (617) 624-4814
vsteinberg@toddweld.com
rhutchinson@toddweld.com
robrien@toddweld.com

Martin F. Murphy, BBO #363250  
Madeleine K. Rodriguez, BBO #684394  
FOLEY HOAG LLP  
155 Seaport Boulevard, Suite 1600  
Boston, MA 02210  
Telephone: (617) 832-1000  
Facsimile: (617) 832-7000  
mmurphy@foleyhoag.com  
mrodriguez@foleyhoag.com  

*Attorneys for Defendant,*  
*President and Fellows of Harvard College*

Dated: July 18, 2022

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for the Defendant conferred with counsel for Plaintiffs on July 15, 2022. Plaintiffs indicated that they assent to the relief sought in this motion.

*/s/ Victoria Steinberg*
Victoria Steinberg

## CERTIFICATE OF SERVICE

I, Rachel Hutchinson, hereby certify that a copy of the foregoing was sent via the Court's electronic filing system and served on all counsel of record on July 18, 2022.

*/s/ Rachel C. Hutchinson*
Rachel C. Hutchinson