## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA** | |
| *Plaintiffs,* | Case No. 1:22-cv-10202-JGD |
| v. | |
| **HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE** | |
| *Defendant.* | |

## PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Plaintiffs Margaret Czerwienski, Lilia Kilburn, and Amulya Mandava, with the assent of counsel for Defendant, hereby move for leave to file a 35-page Memorandum in Opposition to Defendant's Motion to Dismiss Counts One Through Nine (the "Motion to Dismiss"), in response to Defendant's memorandum of the same length. In support, Plaintiffs state as follows:

1.　　On July 19, 2022, the Court granted Defendant leave to file a 35-page Memorandum in Support of its Motion to Dismiss, Dkt. 46, which Defendant filed the same day. *See* Dkt. 54.

2.　　Plaintiffs' Opposition to Defendant's Motion to Dismiss is due on August 23, 2022. Dkt. 40. This Court's local rules limit the length of Plaintiffs' anticipated Opposition to 20 pages absent leave of court. *See* Local Rule 7.1(b)(4).

3.　　Plaintiffs seek leave to file a brief of the same length (35 pages) as Defendant's Memorandum in Support of its Motion to Dismiss. Defendant's Motion to Dismiss challenges nine of the ten counts asserted in Plaintiffs' 89-page Amended Complaint. Plaintiffs respectfully submit

that the requested extension is necessary for Plaintiffs to fully respond to the various arguments Defendant raises as to each separate count and will aid the Court in resolving the issues presented.

4.      Defendant assents to the relief sought herein.

Accordingly, Plaintiffs respectfully request that this Court grant Plaintiffs leave to file a brief of 35 pages in Opposition to Defendant's Motion to Dismiss.

Dated: August 17, 2022                    Respectfully submitted,

*/s/ Russell Kornblith*
Russell Kornblith (*pro hac vice*)
Carolin Guentert (*pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
rkornblith@sanfordheisler.com
cguentert@sanfordheisler.com

Sean Ouellette (BBO# 697559)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5200
souellette@sanfordheisler.com

*Attorneys for Plaintiffs*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that counsel for Plaintiffs conferred with counsel for Defendant on August 11, 2022. Defendant assents to the requested relief.

*/s/ Russell Kornblith*
Russell Kornblith