UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA<br><br>   *Plaintiffs,*<br><br>v.<br><br>HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>   *Defendants.* | CASE NO. 1:22-cv-10202-JGD |

**DEFENDANT'S NOTICE OF WITHDRAWAL
OF EXHIBITS TO MEMORANDUM IN SUPPORT
OF MOTION TO DISMISS AND OF MOTION TO SEAL**

Pursuant to this Court's September 2, 2022 Order following a hearing on Defendant's Motion to Seal, *see* Dkt. No. 72, Defendant President and Fellows of Harvard College ("Harvard")[1] hereby notifies this Court of its withdrawal of Exhibits A, B, and C to its Memorandum in Support of its Motion to Dismiss, and of its Motion to Seal those Exhibits (Dkt. No. 44). Harvard reserves all of its rights and defenses with respect to seeking to seal or otherwise protect information pursuant to the Protective Order, FERPA, Title IX and all other applicable laws and regulations.

---

[1] The President and Fellows of Harvard College is the legal entity comprising Harvard University, and is the proper party to this litigation.

Respectfully submitted,

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE,**

By its attorneys,

| | |
|---|---|
| */s/ Victoria Steinberg* | */s/ Martin F. Murphy* |
| Victoria L. Steinberg, BBO #666482 | Martin F. Murphy, BBO #363250 |
| Rebecca M. O'Brien, BBO #693592 | Madeleine K. Rodriguez, BBO #684394 |
| TODD & WELD LLP | FOLEY HOAG LLP |
| One Federal Street | 155 Seaport Boulevard, Suite 1600 |
| Boston, MA 02110 | Boston, MA 02210 |
| Telephone: (617) 624-4714 | Telephone: (617) 832-1000 |
| Facsimile: (617) 624-4814 | Facsimile: (617) 832-7000 |
| vsteinberg@toddweld.com | mmurphy@foleyhoag.com |
| robrien@toddweld.com | mrodriguez@foleyhoag.com |

Dated: September 6, 2022

## CERTIFICATE OF SERVICE

I, Victoria Steinberg, hereby certify that a copy of the foregoing was sent via the Court's electronic filing system and served on all counsel of record.

*/s/ Victoria Steinberg*
Victoria Steinberg