# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA**<br><br>*Plaintiffs,*<br><br>v.<br><br>**HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE**<br><br>*Defendant.* | Case No. 1:22-cv-10202-JGD |

## PLAINTIFFS' NOTICE REGARDING SEALED EXHIBITS

On the Court's suggestion at the September 2, 2022 hearing (Dkt. 72), Plaintiffs hereby withdraw Exhibits 4, 8, and 10 to the Declaration of Lilia Kilburn in Opposition to Defendant's Amended Motion for Partial Summary Judgment as to Count Ten (Dkt. 65) to avoid the need for further motion practice concerning sealing and redaction of those exhibits. *See* Dkt. 66 (Motion to Seal).

Plaintiffs are prepared to provide these exhibits or excerpts from them to the Court upon request should the Court later wish to review the portions cited in Plaintiffs' Opposition to Defendant's Motion for Partial Summary Judgment. *See* Dkt. 62 at 7–8.

Dated: September 6, 2022                    Respectfully submitted,

*/s/ Russell Kornblith*
Russell Kornblith (*pro hac vice*)
Carolin Guentert (*pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
rkornblith@sanfordheisler.com

cguentert@sanfordheisler.com

Sean Ouellette (BBO# 697559)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5200
souellette@sanfordheisler.com

*Attorneys for Plaintiffs*