UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA**<br><br>*Plaintiffs,*<br><br>v.<br><br>**HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE**<br><br>*Defendants.* | CASE NO. 1:22-cv-10202-JGD |

## HARVARD'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant President and Fellows of Harvard College[1] hereby submits this notice of supplemental authority in connection with its Motion for Partial Summary Judgement as to Count Ten of Plaintiffs' Amended Complaint. Harvard respectfully submits: (1) that *Estate of Usaamah Abdullah Rahim v. Doe*, 51 F.4th 402, 411-12 (1st Cir. 2022), attached here as Exhibit A, which was issued by the First Circuit Court of Appeals in October of this year is relevant to Plaintiffs' argument that summary judgment prior to discovery is improper; and (2) that *Marsh v. Univ. of N.C. at Wilmington*, No. 7:21-CV-189-BO, 2022 U.S. Dist. LEXIS 150327, at *11 (E.D.N.C. Aug.

---

[1] Harvard University is not properly named as a Defendant in this action, since it is not a corporate entity independent of the President and Fellows of Harvard College. Accordingly, the President and Fellows of Harvard College. responds on behalf of both named Defendants.

22, 2022), attached here as Exhibit B, is relevant to Plaintiffs' argument that 34 C.F.R. § 106(b)(5) applies retroactively.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Martin F. Murphy* |
| Victoria L. Steinberg, BBO #666482 | Martin F. Murphy, BBO #363250 |
| Rebecca M. O'Brien, BBO #693592 | Madeleine K. Rodriguez, BBO #684394 |
| TODD & WELD LLP | FOLEY HOAG LLP |
| One Federal Street | 155 Seaport Boulevard, Suite 1600 |
| Boston, MA  02110 | Boston, MA 02210 |
| Telephone:    (617) 624-4714 | Telephone: (617) 832-1000 |
| Facsimile:     (617) 624-4814 | Facsimile: (617) 832-7000 |
| vsteinberg@toddweld.com | mmurphy@foleyhoag.com |
| robrien@toddweld.com | mrodriguez@foleyhoag.com |

*Attorneys for Defendants,*
*Harvard University and President and*
*Fellows of Harvard College*

## CERTIFICATE OF SERVICE

    I, Martin F. Murphy, hereby certify that a copy of the foregoing was sent via the Court's electronic filing system and served to all counsel of record on December 15, 2022.

                                          */s/ Martin F. Murphy*  
                                          Martin F. Murphy