UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET CZERWIENSKI, LILIA KILBURN and AMULYA MANDAVA,<br><br>Plaintiffs,<br><br>v.<br><br>HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendants. | Case No. 1:22-cv-10202-JGD |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF REBECCA M. O'BRIEN**

Please withdraw my appearance on behalf of Defendants, Harvard University and the President and Fellows of Harvard College, in the above-captioned matter.

Respectfully submitted,

**HARVARD UNIVERSITY AND PRESIDENT AND FELLOWS OF HARVARD COLLEGE,**

By its attorney,

*/s/ Rebecca M. O'Brien*
Rebecca M. O'Brien, Esq. (BBO #693592)
robrien@toddweld.com
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA  02110
(617) 720-2626

Dated: December 23, 2022

## **CERTIFICATE OF SERVICE**

I, Rebecca M. O'Brien, hereby certify that a copy of the foregoing was sent via the Court's electronic filing system and served to all counsel of record on December 23, 2022.

>*/s/ Rebecca M. O'Brien*
>Rebecca M. O'Brien