UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA<br><br>    *Plaintiffs,*<br>v.<br><br>HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>    *Defendants.* | Case No. 1:22-cv-10202-JGD |

**DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER PLAINTIFFS' AMENDED COMPLAINT**

Defendant President and Fellows of Harvard College ("Harvard"),[1] with the assent of counsel for the Plaintiffs, respectfully moves this Court for a two-week extension of time, through and including May 1, 2023, to answer Plaintiffs' Amended Complaint.

In support hereof, Harvard states:

1. On June 21, 2022, Plaintiffs filed a ten-count Amended Complaint, which has 337 numbered paragraphs and is 89 pages long. Dkt. No. 35.

2. On July 19, 2022, Harvard filed a Motion to Dismiss Counts I-IX of the Amended Complaint and a Motion for Summary Judgment as to Count X of the Amended Complaint. Dkt. Nos. 47, 53.

3. On March 27, 2023, this Court denied Harvard's Motion for Summary Judgment. Dkt. No. 99.

---

[1] Harvard University is not a proper Defendant in this action, as it is not a corporate entity independent of President and Fellows of Harvard College.

1

4. On April 3, 2023, this Court docketed a Memorandum of Decision and Order granting in part and denying in part Harvard's Motion to Dismiss. Dkt. 100.

5. Harvard's answer to the Amended Complaint is presently due on April 17, 2023. *See* Fed. R. Civ. P. 12(a)(4)(A).

6. Harvard submits that a two-week extension of time will enable it to adequately analyze and answer the Amended Complaint.

7. Undersigned counsel for Harvard has conferred with counsel for the Plaintiffs concerning the relief sought herein and Plaintiffs' counsel has indicated that Plaintiffs assent to Harvard's extension request.

8. There is good cause to grant an extension of time because it is not sought for the purposes of delay, nor, if granted, will it result in prejudice to any of the parties. Rather, it will permit Harvard to adequately address the Amended Complaint and will therefore facilitate the efficient administration of this matter.

9. The Court has not yet entered a Scheduling Order in this matter, so the two-week extension sought will not impact any deadlines set by the Court.

WHEREFORE, Harvard respectfully requests that this Court grant this assented-to Motion and extend the deadline for Harvard to file its answer to the Amended Complaint, through and including May 1, 2023.

Respectfully submitted,

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE,**

By its attorneys,

*/s/ Victoria L. Steinberg*
Victoria L. Steinberg, BBO #666482
Rebecca M. O'Brien, BBO #693592
CLOHERTY & STEINBERG LLP
33 Arch Street, Suite 3150
Boston, MA  02110
Telephone:     (617) 481-0160
vsteinberg@clohertysteinberg.com
robrien@clohertysteinberg.com

Martin F. Murphy, BBO #363250
Madeleine K. Rodriguez, BBO #684394
FOLEY HOAG LLP
155 Seaport Boulevard, Suite 1600
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mmurphy@foleyhoag.com
mrodriguez@foleyhoag.com

*Attorneys for Defendants,*
*Harvard University and President and*
*Fellows of Harvard College*

Dated: April 11, 2023

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, pursuant to Local Rule 7.1(a)(2), I conferred with counsel for Plaintiffs on April 10, 2023.  Plaintiffs' counsel indicated that Plaintiffs assent to the relief requested herein.

*/s/ Victoria Steinberg*
Victoria Steinberg

**CERTIFICATE OF SERVICE**

I, Victoria Steinberg, hereby certify that a copy of the foregoing was sent via the Court's electronic filing system and served to all counsel of record on April 11, 2023.

/s/ *Victoria Steinberg*
Victoria Steinberg

4