

**Sanford Heisler Sharp, LLP**
1350 Avenue of the Americas, Floor 31
New York, NY 10019
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Russell Kornblith,* Partner and General Counsel
(646) 402-5646
rkornblith@sanfordheisler.com    New York | Washington, DC | San Francisco | Palo Alto | Atlanta | Baltimore | Nashville | San Diego

May 4, 2023

The Honorable Judith G. Dein
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

> Re: *Czerwienski et al. v. Harvard University and the President and Fellows of Harvard College* - Case No. 1:22-cv-10202-JGD

Dear Judge Dein,

This firm represents Plaintiffs Margaret Czerwienski, Lilia Kilburn, and Amulya Mandava in the matter Czerwienski et al. v. Harvard University and the President and Fellows of Harvard College, Case No. 1:22-cv-10202-JGD.

We write to inform the Court that late on May 2, 2023, we learned that Exhibit 21 to Dkt. 28 had been disclosed to a third party. On May 3, we contacted the third party and asked that the third party delete the document and confirm that the document had not been further disseminated. The third party promptly confirmed that the document had indeed been deleted, and that no copies were retained or further disseminated.

We sincerely apologize for this situation and have taken steps to ensure against any future disclosures of documents potentially subject to the Court's sealing orders.

Respectfully submitted,

Russell Kornblith