UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET CZERWIENSKI ET AL, | Civil Action No. 22-10202-JGD |
| Plaintiff, | |
| v. | |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE., | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of Defendant, President and Fellows of Harvard College in the above-captioned matter. They will continue to be represented by Attorney Victoria L. Steinberg at her new firm Cloherty & Steinberg LLP, 33 Arch Street, Suite 3150, Boston, MA (vsteinberg@clohertysteinberg.com).

Respectfully submitted,

*/s/ Rachel C. Hutchinson*
Rachel C. Hutchinson  (BBO # 696739)
rhutchinson@toddweld.com
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626

Dated: June 5, 2023