UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET CZERWIENSKI,<br>LILIA KILBURN and<br>AMULYA MANDAVA,<br><br>      Plaintiffs,<br>v.<br><br>HARVARD UNIVERSITY and<br>THE PRESIDENT AND FELLOWS<br>OF HARVARD COLLEGE,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 22-10202-JGD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

1. The court adopts the following deadlines proposed by the parties in their Report of Rule 26(F) Meeting and Proposed Case Management Plan:

    (a) The parties shall serve their initial disclosures, as required by Fed. R. Civ. P. 26(a)(1), by **July 12, 2023**.

    (b) Except for good cause shown, each side may serve no more than three sets of requests for production. The initial sets of requests shall be served by **July 12, 2023**, and all subsequent requests shall be served by no later than **May 13, 2024**.

    (c) By **October 10, 2023**, the parties shall confer in good faith regarding the number of depositions sought by each party. Following the conference, the parties shall file a joint proposal describing the number of depositions that may be conducted by each party. However, if no agreement has been reached, the parties shall present their respective proposals.

    (d) Any further amendments to the complaint shall be completed by **November 8, 2023**, and only upon leave of court.

    (e) Any interrogatories shall be served by **July 12, 2024**. Except for good cause shown, each side may serve no more than 25 interrogatories in total.

    (f) Any requests for admission shall be served by **July 12, 2024**. Except for good cause shown, each side may serve no more than 25 requests for admission.

    (g) All fact discovery, including any fact witness depositions, shall be completed by **August 12, 2024**.

    (h) The parties shall serve any expert disclosures and written expert reports, pursuant to Fed. R. Civ. P. 26(a)(2), by **October 11, 2024**.

    (i) Any rebuttal expert disclosures and written expert reports shall be served within **30 days** following service of the initial expert reports and disclosures.

    (j) Expert discovery shall be completed by **December 10, 2024**.

2. As part of any Local Rule 7.1 consultation in connection with any issue to be brought to the court's attention, the parties shall discuss and try to reach an agreement as to the appropriate way to bring the dispute to the attention of the court, including whether full briefing and/or in-person oral argument is necessary. The parties shall notify the court of their proposal as to how best to proceed.

3. The next status conference shall take place on **December 13, 2023, at 10:00 a.m.** via Zoom. At that time, the parties shall be prepared to discuss:

    (i) the status of the case;
    (ii) scheduling for the remainder of the case through trial; and
    (iii) the use of alternative dispute resolution ("ADR") programs.

4. The parties shall submit a brief joint statement no later than three (3) business days before the conference addressing the issues itemized in paragraph 3 above. With respect to the use of ADR, the parties shall indicate whether an agreement has been reached but shall

not identify their respective positions.

|  |  |
|---|---|
|  | / s / Judith Gail Dein |
|  | Judith Gail Dein |
| Dated: June 12, 2023 | United States Magistrate Judge |