UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET CZERWIENSKI, LILIA KILBURN and AMULYA MANDAVA,<br><br>    Plaintiffs,<br><br>    v.<br><br>HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Defendants. | Case No. 1:22-cv-10202-JGD |

**JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING DEPOSITIONS**

Pursuant to the Court's June 12, 2023 Scheduling Order (Dkt. No. 114) ¶ 1(c), Plaintiffs Margaret Czerwienski, Lilia Kilburn, and Amulya Mandava and Defendants Harvard University and the President and Fellows of Harvard College, by and through their undersigned counsel, jointly STIPULATE AND AGREE to the following Order:

1. Plaintiffs and Defendants shall each be entitled to take 15 depositions subject to the time limitations in Rule 30 and 5 depositions of 3.5 hours each, for a total of 20 depositions per side.

2. Following the completion of those 20 depositions, if either side believes that additional depositions are needed, a request may be made by motion following a good faith conference between the parties. Such request may be granted upon a showing of good cause.

Dated: October 14, 2023

Respectfully submitted,

*/s/ Sean Ouellette*
Sean Ouellette, BBO #697559
**PUBLIC JUSTICE**

1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
souellette@publicjustice.net

Carolin Guentert, *pro hac vice*
Russell Kornblith, *pro hac vice*
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
rkornblith@sanfordheisler.com
cguentert@sanfordheisler.com

*Attorneys for Plaintiffs*


*/s/ Victoria L. Steinberg*
Victoria L. Steinberg, BBO #666482
Rebecca M. O'Brien, BBO #693592
**CLOHERTY & STEINBERG LLP**
33 Arch Street, Suite 3150
Boston, MA 02110
Telephone: (617) 481-0160
vsteinberg@clohertysteinberg.com
robrien@clohertysteinberg.com

Martin F. Murphy, BBO #363250
**MANATT, PHELPS & PHILLIPS, LLP**
177 Huntington Avenue
Boston, MA 02114
Telephone: (617) 646-1447
mfmurphy@manatt.com

*Attorneys for Harvard*