UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA,<br><br>     Plaintiffs,<br><br>        v.<br><br>HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>     Defendants. | Case No. 1:22-cv-10202-JGD |

## <u>NOTICE OF APPEARANCE OF KAELA ATHAY</u>

Kaela Athay of Manatt, Phelps & Phillips, LLP, hereby enters her appearance as co-counsel on behalf of Defendant President and Fellows of Harvard College.[1]

*/s/ Kaela Athay*
Kaela Athay, BBO #705105
Manatt, Phelps & Phillips, LLP
One Beacon Street, Suite 28-200
Boston, MA 02108
Tel: (617) 646-1449
kathay@manatt.com

*Attorney for Defendants,*
*Harvard University and President and*
*Fellows of Harvard College*

---

[1] Harvard University is not properly named as a Defendant in this action, since it is not a corporate entity independent of the President and Fellows of Harvard College.  Accordingly, the President and Fellows of Harvard College responds on behalf of both named Defendants.

## <u>CERTIFICATE OF SERVICE</u>

I, Kaela Athay, hereby certify that a copy of the foregoing was sent via the Court's electronic filing system and served to all counsel of record on March 21, 2024.


*/s/ Kaela Athay*
Kaela Athay