UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA**<br><br>*Plaintiffs,*<br><br>v.<br><br>**HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE**<br><br>*Defendants.* | CASE NO. 1:22-cv-10202-JGD |

## PLAINTIFFS' ASSENTED-TO MOTION FOR AN ORDER COMPELLING NONPARTY MOLINA HEALTHCARE OF WASHINGTON, INC. TO PROVIDE PLAINTIFF MARGARET CZERWIENSKI A LIEN DETERMINATION

Plaintiffs respectfully request that the Court enter the accompanying Proposed Order.

Plaintiffs' counsel conferred with Defendants' counsel and this motion is assented-to.

Date:   July 25, 2024

Respectfully submitted,

*/s/ Russell Kornblith*
Russell Kornblith (*pro hac vice*)
Carolin Guentert (*pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
17 State Street, 37th Floor
New York, New York 10004
Telephone: (646) 402-5650
rkornblith@sanfordheisler.com
cguentert@sanfordheisler.com


Sean Ouellette (BBO# 697559)
**PUBLIC JUSTICE**
1620 L Street NW, Suite 630
WASHINGTON, DC 20036
Telephone: (202) 797-8600
souellette@publicjustice.net

*Attorneys for Plaintiff*

1

## **LOCAL RULE 7.1 CERTIFICATION**

  I hereby certify that, pursuant to Local Rule 7.1(a)(2), I met and conferred with counsel for Defendant on July 24, 2024. Defendant's counsel indicated that Defendant assents to the relief requested herein.

.

                */s/ Russell Kornblith*
                Russell Kornblith

## **CERTIFICATE OF SERVICE**

  I, Russell Kornblith, hereby certify that a copy of the foregoing was sent via the Court's electronic filing system and served to all counsel of record on July 25, 2024.

                */s/ Russell Kornblith*
                Russell Kornblith