UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET CZERWIENSKI, LILIA KILBURN, and AMULYA MANDAVA<br><br>*Plaintiffs,*<br><br>v.<br><br>HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>*Defendants.* | CASE NO. 1:22-cv-10202-JGD |

### PROPOSED ORDER COMPELLING NONPARTY MOLINA HEALTHCARE OF WASHINGTON, INC. TO PROVIDE PLAINTIFF MARGARET CZERWIENSKI A LIEN DETERMINATION

This matter is before the Court on Plaintiffs' unopposed request for an order compelling non-party Molina Healthcare of Washington, Inc. ("Molina") to provide Plaintiffs' counsel a lien determination regarding medical services provided to Plaintiff Margaret Czerwienski in Washington State. Plaintiffs' request is ALLOWED and the Court hereby enters the following order:

1. Molina, being a Medicare managed health care system under 42 U.S.C. § 1396a(m)(2)(A), is required pursuant to Wash. Rev. Code Ann. § 41.05A.070(5) and 42 U.S.C. § 1396a(a)(25)(A) to "take all reasonable measures to ascertain the legal liability of third parties . . . to pay for care and services available under [Medicaid]."

2

2. Molina shall provide Plaintiffs' counsel a lien determination with respect to medical care provided to Plaintiff Margaret Czerwienski in Washington State within one week of the entry of this Order**.**

                                                           _____

Judith Gail Dein

Dated:                                                         United States Magistrate Judge