UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET CZERWIENSKI, <br> LILIA KILBURN and AMULYA MANDAVA, <br><br> Plaintiffs, <br><br> v. <br><br> HARVARD UNIVERSITY AND THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendants. | Case No. 1:22-cv-10202-JGD |

## STIPULATION FOR DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice, and without costs.

Dated this 14th day of August

Respectfully submitted,

<div style="display: flex;">

<div>

/s/ Russell L. Kornblith
---

Russell L. Kornblith (*pro hac vice*)
Carolin Guentert (*pro hac vice*)
SANFORD HEISLER SHARP, LLP
17 State Street
37th Floor
New York, NY 10004
(646) 402-5650
rkornblith@sanfordheisler.com
cguentert@sanfordheisler.com

Sean R. Ouellette (BBO # 697559)
PUBLIC JUSTICE, PC
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
souellette@publicjustic.net

*Attorneys for Plaintiffs Margaret Czerwienski, Lilia Kilburn, and Amulya Mandava*

</div>

<div>

/s/ Victoria L. Steinberg
---

Victoria L. Steinberg (BBO # 666482)
Rebecca M. O'Brien (BBO # 693592)
CLOHERTY & STEINBERG LLP
One Financial Center, Ste. 1120
Boston, MA 02111
(617) 481-0160
vsteinberg@clohertysteinberg.com
robrien@clohertysteinberg.com

Martin F. Murphy (BBO # 363250)
Kaela M. Athay (BBO # 705105)
MANATT, PHELPS & PHILLIPS, LLP
One Beacon Street, Ste. 28-200
Boston, MA 02108
(617) 646-1447
mfmurphy@manatt.com
kathay@manatt.com

*Attorneys for Defendant Harvard University and President and Fellows of Harvard College*

</div>

</div>