UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET CZERWIENSKI, ) | |
| LILIA KILBURN and ) | |
| AMULYA MANDAVA, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. 22-10202-JGD |
| v. ) | |
| ) | |
| HARVARD UNIVERSITY and ) | |
| THE PRESIDENT AND FELLOWS ) | |
| OF HARVARD COLLEGE, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

DEIN, U.S.M.J.

    IT IS ORDERED that this action is hereby dismissed with prejudice and without costs.

 

                                                          / s / Judith Gail Dein
                                                          Judith Gail Dein
Dated: August 15, 2024                     United States Magistrate Judge